IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **LUIS FRANCISCO GARCIA** § | |
| § | |
| VS. § | |
| § | CIVIL NO. 5:24-cv-00049 |
| **HUB GROUB DEDICATED, LLC,** § | |
| **HUB GROUP TRUCKING, INC.** § | |
| **HUB GROUP, INC, UNION PACIFIC** § | |
| **RAILROAD COMPANY, AND** § | |
| **CHRISTOPHER DONNELL MASON** § | |

**DEFENDANTS, HUB GROUP DEDICATED, LLC, HUB GROUP TRUCKING, INC. HUB GROUP, INC., AND CHRISTOPHER DONNELL MASON'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, **HUB GROUP DEDICATED, LLC, HUB GROUP TRUCKING, INC. HUB GROUP, INC., AND CHRISTOPHER DONNELL MASON' (The "HUB Defendants")** hereby removes this action to the United States District Court for the Western District of Texas San Antonio Division from the 73rd Judicial District Court of Bexar County, Texas, stating as follows:

1. Plaintiff, Luis Francisco Garcia, is a citizen of Texas.

2. Plaintiff commenced this action in the 273rd 85th Judicial District Court, Bexar County, Texas, where it was given Cause No. 2023CI26022.

3. Defendant, Christopher Donnell Mason, is a citizen of Tennessee.

4. Defendant, **HUB GROUP TRUCKING, INC.,** the entity that employed **CHRISTOPHER DONNELL MASON** discloses that it is incorporated under the law of the State of Delaware. Its principal place of business is the State of Illinois. Defendant **HUB Group, Inc.** is also incorporated under the laws of the State of Delaware with a principal place of business in

the State of Illinois. **UNION PACIFIC RAILROAD COMPANY** is incorporated under the laws of the state of Delaware with a principle place of business in the State of Nebraska. **HUB GROUP DEDICATED, LLC** is an Arizona limited liability company, and it does not have any members who are residents of Texas.

5. Plaintiff and Defendants are citizens of different states, the Defendants are not a citizen of Texas, and the proper parties are totally diverse from Plaintiff.

6. Defendant, HUB Group Trucking received the summons and complaint on or about December 11, 2023.

7. A copy of all process, pleadings, and orders known in this case are attached as Exhibit A.

8. The HUB Defendants will provide written notice of this Notice of Removal to all adverse parties and will file a copy with the Clerk of the 73rd Judicial District Court, Bexar County, Texas.

Dated: January 10, 2024

                                              Respectfully submitted,

                                              */s/ Andrew K. Stamper*
                                              ANDREW K. STAMPER
                                              State Bar No. 24034884
                                              **ATTORNEY FOR DEFENDANTS**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6300 (Main)
Telephone: (210) 731-6310 (Stamper Direct)
Facsimile: (210) 209-8806
astamper@namanhowell.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of January 2024, the foregoing document, was filed with the Clerk of Court using the CM/ECF system, and was served on all counsel of record via E-mail:

Ryan King
John D. Woods, Jr.
HAGOOD & KING, LLC
1520 E. Highway 6
Alice, Texas 77511
Telephone: (281) 331-5757
Facsimile: (281) 331-1105
firm@h-kfirm.com
**ATTORNEY FOR PLAINTIFF**

                                                   */s/ Andrew K. Stamper*
                                                  ANDREW K. STAMPER